UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE RITTENMEYER,

Plaintiff,

v.

WELLS FARGO, N.A.,

Defendant.

Case No. 1:25-cv-00621-EPG

ORDER RE: JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(ECF No. 31)

On August 24, 2026, the parties filed a joint stipulation dismissing this action with prejudice and without an award of costs and attorneys' fees. (ECF No. 31). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 25, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE